UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JOSEPH FRIEDMAN,

                Plaintiff,

-against-

DR. ABRAHAM BARTELL; UNITED JEWISH FEDERATION OF NEW YORK; HARVEY BACHMAN,

                Defendants.

22-CV-7630 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

    By Order dated June 5, 2023, (ECF No. 22), which I incorporate by reference herein, I ordered that the Clerk of Court send a copy of the summons and the amended complaint to Defendant Harvey Bachman by international mail. Plaintiff has now advised that the address previously provided is incorrect. (ECF No. 30.) Accordingly, the Clerk of Court is respectfully directed to send a copy of the summons and amended complaint to Defendant Harvey Bachman at Nachal Dolev Street 55, Bet Shemesh, Israel, by international mail. The Court further directs the Clerk of Court to mail a copy of this order to Plaintiff.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 20, 2023
           New York, New York

                                                  CATHY SEIBEL
                                                United States District Judge