UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JOSEPH FRIEDMAN,

                          Plaintiff,

-against-

DR. ABRAHAM BARTELL; UNITED JEWISH FEDERATION OF NEW YORK; HARVEY BACHMAN,

                          Defendants.

22-CV-7630 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

      By Order dated October 20, 2023, (ECF No. 31), which I incorporate by reference herein, I ordered that the Clerk of Court serve Defendant Harvey Bachman by international mail. Plaintiff has now advised that both addresses he previously provided are incorrect. (ECF No. 36.) Plaintiff has caused the Court unnecessary work, and if the most recently provided address in incorrect, the Court does not intend to order service a fourth time.

      The Clerk of Court is respectfully directed to send a copy of the summons and amended complaint to Defendant Harvey Bachman at Nachal Dolev Street 51-1, Bet Shemesh, Israel, by international mail. The Court further directs the Clerk of Court to mail a copy of this order to Plaintiff.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:   October 26, 2023
            New York, New York

                                                _____
                                                CATHY SEIBEL
                                                United States District Judge