**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROBERT FRIEDMAN,

                Plaintiff,                22 **CIVIL** 7630 (PMH)

      -against-                      **JUDGMENT**

DR. ABRAHAM BARTELL, HARVEY
BACHMAN and UNITED JEWISH
FEDERATION OF N.Y.,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2024, the Court declines to grant leave to amend sua sponte. For the foregoing reasons, Defendants' motions to dismiss are GRANTED and Plaintiff's claims are dismissed with prejudice. Accordingly the case is closed.

**Dated:** New York, New York
         March 12, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                             **BY:**   _____
                                                             **Deputy Clerk**